# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF LOUISIANA

IN RE: Donna Collins				CASE NO: 03-81347

### ORDER FOR PAYMENT FROM UNCLAIMED FUNDS

It appears to the Court that unclaimed funds in the amount of **$481.59** payable to **Citi Cards/CitiCorp, NA c/o Kathleen S. Allen, Recovery & Escheatment Manager** are being held in the Registry of this Court for the benefit of the Claimant in the above captioned bankruptcy case, and that Claimant has made application for the payment of these funds; therefore,

**IT IS ORDERED** that the Clerk cause to be paid from the Treasury, the amount of $481.59 payable to **Citi Cards/CitiCorp, NA c/o Kathleen S. Allen, Recovery & Escheatment Manager** at the following address: **3800 Citigroup Center, G3-4, Tampa, FL 33610**, less the handling charge imposed by 28 USC § 1930.

THUS DONE AND SIGNED in Alexandria, Louisiana, this 27th day of December, 2007.

_____
HENLEY A. HUNTER, JUDGE
UNITED STATES BANKRUPTCY COURT